| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>NORTHERN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Addamo, Gaetano David** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**None** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):     **xxx-xx-2566** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1719 Rios Court**<br>**Santa Maria, CA** | Street Address of Joint Debtor (No. and Street, City, and State): |
| ZIP CODE **93454** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Santa Barbara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 189**<br>**Santa Maria, CA** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE **93456-0189** | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** | |
| | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (Includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.54.3, ID 3290320974)*

## Voluntary Petition

*(This page must be completed and filed in every case.)*

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____   01/12/2010<br>   JOSEPH M. SHOLDER   Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s):   Gaetano David Addamo |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Gaetano David Addamo_
   **Gaetano David Addamo**

X _____

Telephone Number (If not represented by attorney)

01/12/2010
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
   **JOSEPH M. SHOLDER**         Bar No. **126347**

**GRIFFITH & THORNBURGH, LLP**
**8 E. FIGUEROA STREET - 3RD FLR**
**SANTA BARBARA, CA 93101**

Phone No. **(805) 965-5131** ___ Fax No. **(805) 965-6751**

01/12/2010
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)   UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:   **Gaetano David Addamo**                                    Case No. _____

                                                                                          (if known)

                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)   UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:    **Gaetano David Addamo**                        Case No. _____

                                                                          (if known)

                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _~Gaetano David Addamo~_

                              Gaetano David Addamo

Date:  **01/13/2010**

Joseph M. Sholder     Bar No. 126347
GRIFFITH & THORNBURGH, LLP
8 E. Figueroa Street - 3rd Floor
Santa Barbara, CA 93101
Phone: 805-965-5131
Fax:    805-965-6751
☒ *Attorney for:* Gaetano David Addamo

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: Gaetano David Addamo | CASE NO.: |
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists     Date Filed: Jan. 12, 2010
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_Gaetano David Addamo_ (signature)     Jan. 12 , 2010
Signature of Signing Party     Date

Gaetano David Addamo
*Printed Name of Signing Party*

_____     _____
*Signature of Joint Debtor (if applicable)*     Date

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____     Jan. 12, 2010
Signature of Attorney for Signing Party     Date
Joseph M. Sholder
*Printed Name of Attorney for Signing Party*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

IN RE:   **Gaetano David Addamo**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pults & Associates<br>3450 Broad Street<br>Suite 106<br>San Luis Obispo, CA 93401 | | | | **$184,716.27** |
| Santa Barbara County<br>Tax Collector<br>105 E Anapamu St #109<br>Santa Barbara, CA 93102 | | Property Tax | | **$113,077.00** |
| Tina Bertuccio<br>2360 Airline Highway<br>Hollister, CA 95023 | | Non-Purchase Money | | **$100,000.00** |
| Elizabeth Campisi<br>PO Box 1897<br>Hollister, CA 95024 | | | | **$100,000.00** |
| Berto Van Veen<br>220 E Clark Avenue<br>Suite C<br>Orcutt, CA 93455 | | | | **$100,000.00** |
| Hilaria Pena Jr<br>141 W Dana St #101<br>Nipomo, CA 93444 | | Arrearage | | **$55,587.38** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:   **Gaetano David Addamo**                        Case No.

                                                         Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Francois Freres USA<br>c/o John Warner Esq<br>21 Tamal Vista Blvd #196<br>Corte Madera,, CA 94925 | | | | **$54,629.00**<br><br>**Value: $0.00** |
| San Benito County<br>Tax Collector<br>440 Fifth St #107<br>Hollister, CA 95023 | | Property Tax | | **$42,000.00** |
| Fargan Surveys<br>2450 Professional Parkway<br>Suite 210<br>Santa Maria, CA 93455 | | | | **$36,934.37** |
| Toste Grading & Paving<br>PO Box 407<br>Grover Beach, CA 93483 | | | | **$30,000.00** |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | | | | **$30,000.00**<br><br>**Value: $0.00** |
| Transworld Systems<br>PO Box 1864<br>Santa Rosa, CA 95402 | | | | **$29,979.80** |
| Bethel Engineering<br>2624 Airpark Dr<br>Santa Maria, CA 93455 | | | | **$23,792.61** |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:   **Gaetano David Addamo**                        Case No.

                                                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TJN Dozer & Backhoe Service<br>PO Box 1307<br>Santa Maria, CA 93456 | | | | $22,050.00 |
| Crop Production Services<br>PO Box 669<br>Santa Maria, CA 93456 | | | | $19,917.14 |
| Atterdag Center<br>c/o Brenda Enderle Esq<br>1607 Mission Dr  #205<br>Solvang, CA 93463 | | | | $17,145.00 |
| Employment Development Dpt<br>MIC 92D<br>PO Box 826203<br>Sacramento, CA 94230 | | | | $14,605.00 |
| Collect America Commercial Services<br>16011 College<br>Santa Maria, CA 93455 | | | | $13,823.49 |
| Santa Maria Vintners Park<br>214 S Bonita St<br>Santa Maria, CA 93454 | | | | $13,406.79 |
| Manuel & Stacie Souza<br>c/o Foreclosure Service<br>Chicago Title<br>7330 N Palm Ave #101<br>Fresno, CA 93794 | | Deed of Trust | | $12,000.00<br><br>Value: $0.00 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:   **Gaetano David Addamo**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__ **01/12/2010**_____          Signature:___*Gaetano David Addamo*_____

**Gaetano David Addamo**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:   **Gaetano David Addamo**

CASE NO

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _01/12/2010_____

Signature _____

**Gaetano David Addamo**

Date _____

Signature _____

Gaetano David Addamo
1719 Rios Court
Santa Maria, CA 93454


Joseph M Sholder
Griffith & Thornburgh LLP
8 E Figueroa Street   Ste 300
Santa Barbara, CA 93101

AERIS INC
PO BOX 1210
TEMPLETON, CA 93465


AHERN RENTALS
1105 SOUTH BLOSSER
SANTA MARIA, CA 93454


ALDRIDGE CONCRETE COMPANY
PO BOX 2223
SANTA MARIA, CA 93457


ALEX ZUCKERBRAUN PHD MD
801 E CHAPEL ST
SANTA MARIA, CA 93454


AMERICAN INDUSTRIAL SUPPLY
543C W BETTERAVIA RD
SANTA MARIA, CA 93454


ANTHEM BLUE CROSS
PO BOX 54630
LOS ANGELES, CA 89954


AQUA LINK INC
PO BOX 1874
SANTA MARIA, CA 93456


ARROYO GRANDE COMM HOSPITAL
722 E MAIN ST
SANTA MARIA, CA 93456

AT&T
PO BOX 6463
CAROL STREAM, IL 60197

ATLAS PERFORMANCE INDUSTRIES
PO BOX 5754
SANTA MARIA, CA 93458

ATTERDAG CENTER
C/O BRENDA ENDERLE ESQ
1607 MISSION DR  #205
SOLVANG, CA 93463

BANK OF AMERICA
PO BOX 15710
WILMINGTON, DE 19886

BERTO VAN VEEN
220 E CLARK AVENUE
SUITE C
ORCUTT, CA 93455

BETHEL ENGINEERING
2624 AIRPARK DR
SANTA MARIA, CA 93455

BIG M TIRE
PO BOX 756
GUADALUPE, CA 93434

CAL COAST MACHINERY INC
PO BOX 196
SANTA MARIA, CA 93456

CAL-COAST IRRIGATION INC
1480 W STOWELL RD
SANTA MARIA, CA 93454


CALPORTLAND
C/O  JOSEPH HANNA ESQ
400 TUSTIN AVE  #120
SANTA ANA, CA 92705


CAR QUEST AUTO PARTS
2150 S BROADWAY
SANTA MARIA, CA 93454


CENTRAL CITY LEASING
PO BOX 1948
SANTA MARIA, CA 93456


CENTRAL COAST BATTERIES
2330 WESTGATE
UNIT 1
SANTA MARIA, CA 93454


CENTRAL COAST EMERGENCY PHYSICIANS
PO BOX 582663
MODESTO, CA 95358


CENTRAL COAST INDUSTRIES
PO BOX 2417
NIPOMO, CA 93444


CENTRAL COAST WATER QUALITY PRES INC
PO BOX 1049
WATSONVILLE, CA 95077

CENTRAL COAST WINE SERVICES
132 E CARRILLO STREET
SANTA BARBARA, CA 93101


CHASE
PO BOX 94014
PALATINO, IL 60094


CHASE/WASHINTON MUTUAL
PO BOX 78065
PHOENIX, AZ 85062


CIG
9400 DOUBLE R BLVD
RENO, NV 89521


CITY OF PISMO BEACH
760 MATTIE ROAD
PISMO BEACH, CA 93449


COAST CLUTCH AND BRAKE SUPPLY
PO BOX 1670
SANTA MARIA, CA 93456


COAST INSTALLATIONS
2370 A STREET
SANTA MARIA, CA 93454


COAST LAWNMOWER
311 N MCCLELLAND ST
SANTA MARIA, CA 93455

COAST RADIOLOGY MEDICAL ASSOCIATES
PO BOX 1507
TEMPLETON, CA 93456


COLLECT AMERICA COMMERCIAL SERVICES
16011 COLLEGE
SANTA MARIA, CA 93455


COLLECTIBLES MANAGEMENT RESOURCES
PO BOX 8438
FRESNO, CA 93747


COMCAST
PO BOX 34227
SEATTLE, WA 98124


COMPUTER DOCTOR
730 BRANDY COURT
SANTA MARIA, CA 93455


COUNTY OF MERCED
MERCED COUNTY TREASURER
2222 M STREET
MERCED, CA 95340


CROP PRODUCTION SERVICES
PO BOX 669
SANTA MARIA, CA 93456


CULLIGAN WATER
700 W COOK ST
SANTA MARIA, CA 93458

DAVID D BOOK MD
607 E PLAZA DR   #C102
SANTA MARIA, CA 93454


DELUXE BUSINESS CHECKS & SOLUTIONS
PO BOX 742572
CINCINNATI, OH 45274


DMV
PO BOX 942894
SACRAMENTO, CA 94294


DOUGLAS E MARSHALL
108 LOCUST STREET   #11
SANTA CRUZ, CA   95060


ELIZABETH CAMPISI
PO BOX 1897
HOLLISTER, CA 95024


EMPLOYMENT DEVELOPMENT DPT
MIC 92D
PO BOX 826203
SACRAMENTO, CA 94230


EUROMACHINES
4950 FULTON DR   #E
CORDELIA, CA 94534


EWINERY SOLUTIONS
1957 SIERRA AVE
NAPA, CA 94558

HARLEY DAVIDSON DREDIT
8529 INNOVATION WAY
CHICAGO, IL 60682


HENRY WINE
4391 INDUSTRIAL WAY
BENICIA, CA 94510


HERITAGE OAKS BANK
1660 S BROADWAY
SANTA MARIA, CA 93455


HILARIA PENA JR
141 W DANA ST  #101
NIPOMO, CA 93444


IC SYSTEM INC
444 HWY 96 EAST
ST.PAUL, MN 55164


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114


LITTON LOAN SERVICING
PO BOX 4387
HOUSTON, TX 77210


LITTON LOAN SERVICING
PO BOX 696500
SAN ANTONIO, TX 78269

FARGAN SURVEYS
2450 PROFESSIONAL PARKWAY
SUITE 210
SANTA MARIA, CA 93455


FARM SUPPLY COMPANY
PO BOX 111
SAN LUIS OBISPO, CA 93405


FENCE FACTORY OF SANTA MARIA
2708 SANTA MARIA WAY
SANTA MARIA, CA 93454


FIRST AMERICAN TITLE COMPANY
11175 AZUSA COURT
RANCHO CUCAMONGA, CA 91730


FRANCHISE TAX BOARD
BANKRUPTCY UNIT
PO BOX 2952
SACRAMENTO, CA 95812


FRANCOIS FRERES USA
C/O JOHN WARNER ESQ
21 TAMAL VISTA BLVD #196
CORTE MADERA,  CA 94925


GAETANO DAVID ADDAMO
PO BOX 189
SANTA MARIA, CA 93456-0189


GOLDEN STATE WATER COMPANY
2330 A STREET  #A
SANTA MARIA, CA 93455

MANUEL & STACIE SOUZA
C/O FORECLOSURE SERVICE
CHICAGO TITLE
7330 N PALM AVE #101
FRESNO, CA 93794

MARIAN MEDICAL CENTER
1400 EAST CHURCH ST
SANTA MARIA, CA 93454

MATTHEW P LANE DDS
725 S BROADWAY
SANTA MARIA, CA 93454

MIER BROS LANDSCAPE PRODUCTS
PO BOX 1377
ARROYO GRANDE, CA 93420

MMC EMERGENCY PHYSICIANS GRP
722 E MAIN ST   #201
SANTA MARIA, CA 93454

MORRIS & GARRITANO INSURANCE
PO DRAWER 1189
SAN LUIS OBISPO, CA 93406

NICKSON'S MACHINE SHOP
PO BOX 5200
SANTA MARIA, CA 93456

NORTH SHORE AGENCY
270 SPAGNOLI RD
MELVILLE, NY 11747

OK RADIATOR SHOP
1215 S OXNARD BLVD
OXNARD, CA 93030


ON-SITE COMPUTER
PO BOX 341
BUELLTON, CA 93427


ONION WINE SOFTWARE, INC.
888 DISNEYLAND DR   #430
ANAHEIM, CA 92802


ORTON REVOCABLE TRUST
C/O BRENDA ENDERLE ESQ
1607 MISSION DR   #205
SOLVANG, CA 93463


OVERLAND SECURITY SERVICES LLC
1517 STOWELL CENTER PLAZA   #L
SANTA MARIA, CA 93458


PACIFIC AG WATER INC
PO BOX 1874
SANTA MARIA, CA 93456


PACIFIC CAPITAL BANCORP
C/O ALL AMERICAN FORECLOSURE SERVICE
1363 MARSH STREET
SAN LUIS OBISPO, CA 93401


PG&E
BOX 997300
SACRAMENTO, CA 95899

PG&E
POX 9973000
SACRAMENTO, CA 95899


POOR RICHARDS PRESS
PO BOX 5909
SANTA MARIA, CA 83456


PRAXAIR
DEPT LA 21511
PASADENA, CA 81185


PROGRESSIVE MANAGEMENT SYSTEMS
1521 W CAMERON AVE
WEST COVINA, CA 91793


PULTS & ASSOCIATES
3450 BROAD STREET  #106
SAN LUIS OBISPO, CA 93401


QUALITY LOAN SERVICE CORP
2141 5TH AVE
SAN DIEGO, CA 92101


QUINN RENTAL SERVICES
C/O RAYMOND PELICAR ESQ
HAUSER & MOUZES
18826 N LOWER SACRAMENTO BLVD. #H
WOODBRIDGE, CA 95258

RAYNE
PO BOX 5729
SANTA MARIA, CA 93456

RENEE S LAURITZEN MD
1500 PALM ST #A
SAN LUIS OBISPO, CA 93401


RPM MANAGEMENT
20816 44TH AVE WEST
LYNWOOD, CA 98036


SAN BENITO COUNTY
TAX COLLECTOR
440 FIFTH ST #107
HOLISTER, CA 95023


SANTA BARBARA BANK & TRUST
9320 WILSHIRE BLVD #203
BEVERLY HILLS, CA 90212


SANTA BARBARA COUNTY
TAX COLLECTOR
105 E ANAPAMU ST #109
SANTA BARBARA, CA 93102


SANTA BARBARA COUNTY VINTNERS ASSOC
PO BOX 1558
SANTA YNEZ, CA 93460-1558


SANTA BARBARA COUNTY/SIR POLLUTION
PO BOX 6447
SANTA BARBARA, CA 93160


SANTA MARIA COUNTRY CLUB
505 W WALLER LN
SANTA MARIA, CA 93455

SANTA MARIA DIESEL SERVICE INC
365 W BETTERAVIA RD
SANTA MARIA, CA 93454


SANTA MARIA ELKS LODGE
PO BOX 609
SANTA MARIA, CA 93456


SANTA MARIA FUME
PO BOX 6285
SANTA MARIA, CA 93456


SANTA MARIA SUN
3130 SKYWAY DR   #603
SANTA MARIA, CA   93454


SANTA MARIA SUPPLY
212 W MAIN ST
SANTA MARIA, CA 93458


SANTA MARIA VALLEY WINE COUNTRY INC
PO BOX 5351
SANTA MARIA, CA 93456


SANTA MARIA VINTNERS PARK
214 S BONITA ST
SANTA MARIA, CA 93454


SPEEDS OIL TOOL SERVICE INC
PO BOX 276
SANTA MARIA, CA 93456

SPRINT
PO BOX 4181
CAROL STREAM, IL 60197

STANLEY SECURITY SYSTEMS
823 WEST KNUDSON WAY
SANTA MARIA, CA 93458

STEVEN SINGER ATTORNEY
708 GRAND AVE
ARROYO GRANDE, CA 93420

STRONG SAFETY COMPLIANCE
923 FRENDENSBORG CANYON RD
SOLVANG, CA 93463

TECIS INSURANCE SERVOCES
40 E ALAMAR AVE
SANTA BARBARA, CA 93105

TENNIS LANDSCAPE
1156 REFUGIO ST
GROVER BEACH, CA 93433

TERRY JOHNSON TRUCKING INC
31186 W GALE AVE
COALINGA, CA 93210

THE HARTFORD
PO BOX 2907
HARTFORD, CT 06104

TIM RANDOLPH MECHANICAL & FABRIC INC
1705 HORSEMAN CT
SANTA MARIA, CA 93454

TINA BERTUCCIO
2360 AIRLINE HIGHWAY
HOLLISTER, CA 95023

TJN DOZER & BACKHOE SERVICE
PO BOX 1307
SANTA MARIA, CA 93456

TONY PEREZ
18193 FISHER DR
VISALIA, CA 93292

TOSTE GRADING & PAVING
PO BOX 407
GROVER BEACH, CA 93483

TOYOTA FINANCIAL SERVICES
DEPT. 2431
CAROL STREAM, IL 60132

TRANSWORLD SYSTEMS
PO BOX 1864
SANTA ROSA, CA 95402

TRITON POOL & SPA
734 EAST MILL STREET
SANTA MARIA, CA 93454

TROJAN PETROLEUM
C/O ROBERT REED ESQ
2429 PROFESSIONAL PKW #101
SANTA MARIA, CA 93455


TURRENTINE GRAPES & WINE
7599 REDWOOD BLVD  #103
NOVATO, CA 94945


TWIN CITIES HOSPITAL
BOX 830913
BIRNINGHAM, AL 35283


ULTIMATE DISTRIBUTORS, INC.
1376 A HILLS PLACE
ATLANTA, GA 30318


VERIZON
PO BOX 9688
MISSION HILLS, CA 91345


VERIZON  WIRELESS
PO BOX 630026
DALLAS, TX 75263


VERIZON CALIFORNIA
PO BOX 9688
MISSION HILLS, CA 91346


VERIZON CALIFORNIA
PO BOX 30001
INGLEWOOD, CA 90313

VINEYARD INDUSTRY PRODUCTS CO
PO BOX 987
WINDSOR, CA 95492


VINQUIRY
7795 BELL ROAD
WINDSOR, CA 95492


VINTAGE LOGISTICS
PO BOX 399
SANTA MARIA, CA 93456


WASHINGTON MUTUAL
PO BOX 23391
OAKLAND, CA 94623


WEB SEARCH USA
2082 S E BRISTOL ST
SUITE 210
NEWPORT BEACH, CA 92660


WELLS FARGO BUSINESS CARD
PO BOX 348750
SACRAMENTO, CA 95834


WESTERN FARM SERVICES
1335 WEST MAIN ST
SANTA MARIA, CA 93454


XM SATELLITE RADIO
PO BOX 78054
PHOENIX, AZ 85062