1   **G**RIFFITH  &  **T**HORNBURGH, LLP                    (SPACE BELOW FOR FILING STAMP ONLY)
       ATTORNEYS AND COUNSELORS

2       8 EAST FIGUEROA STREET, SUITE 300
            POST OFFICE BOX 9

3       SANTA BARBARA, CA 93102-0009
          TELEPHONE:  805-965-5131

4         TELECOPIER:  805-965-8751

5      Joseph M. Sholder, Bar No. 126347

6   Attorneys for Gaetano David Addamo, Debtor and Debtor-in-Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        NORTHERN DIVISION

11

12   In re                          )   BK No. ND 10-10129-RR
                                     )
13   GAETANO DAVID ADDAMO,           )   Chapter 11
                                     )
14   Debtor and Debtor in           )   DEBTOR'S EMERGENCY MOTION
     Possession.                     )   PURSUANT TO 11 U.S.C. §363(c)
15                                   )   FED.R.BANKR.P. 4001(b) AND
                                     )   LOCAL RULES 2081-1 AND 4001-2
16                                   )   FOR INTERIM AND FINAL ORDERS
                                     )   AUTHORIZING THE USE OF CASH
17                                   )   COLLATERAL; MEMORANDUM OF
                                     )   POINTS AND AUTHORITIES;
18                                   )   DECLARATIONS OF GAETANO DAVID
                                     )   ADDAMO AND JOSEPH M. SHOLDER
19                                   )
                                     )
20                                   )   Date:  To be set
                                     )   Time:  To be set
21                                   )   Place  1415 State Street,
                                     )          Courtroom 201
22   _____)

23

24

25

26

27

28

                                  - 1 -

1  **TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY**
2  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, SECURED**
3  **CREDITORS OF RECORD, THE TWENTY LARGEST UNSECURED CREDITORS,**
4  **AND INTERESTED PARTIES:**

5                          **EMERGENCY MOTION**

6          Through this Emergency Motion for Interim and Final Orders
7  Authorizing Use of Cash Collateral Pursuant to Section 363(c)
8  of the Bankruptcy Code and Rule 4001 (b) of the Federal Rules
9  of Bankruptcy Procedure and Local Bankruptcy Rules 2081-1 and
10 4001-2 (the "Motion"), Gaetano David Addamo (the "Debtor"), the
11 debtor and debtor in possession in the above-captioned case,
12 seeks the entry of interim and final orders authorizing the
13 Debtor to use cash collateral pursuant to 11 U.S.C. §
14 363(c)(2)(B) and (c)(3) and Rule 4001 (b)(2) of the Federal
15 Rules of Bankruptcy Procedure. This Motion is brought in
16 accordance with Local Bankruptcy Rule 2081-1(a)(9).

17         This Motion is made and based upon the moving papers, the
18 attached Memorandum of Points and Authorities, the declarations
19 of Joseph M. Sholder and Gaetano David Addamo, the arguments
20 and representations of counsel and any oral or documentary
21 evidence presented at the time of the hearing.

22         WHEREFORE the Debtor respectfully requests that the Court
23 enter an order:

24         (1) granting this Motion;

25         (2) authorizing the use of cash collateral pursuant to 11
26 U.S.C. § 363(c)(2)(B) and (c)(3) and Rule 4001 (b)(2) of the
27 Federal Rules of Bankruptcy Procedure; and

28
                                   -2-

1    (3) granting such other and further relief as this Court

2    deems just and proper under the circumstances.

3    DATED:    January 15, 2010.

4                                    GRIFFITH & THORNBURGH, LLP

5

6                              By

7                                    JOSEPH M. SHOLDER
                                     Attorneys for Debtor and
8                                    Debtor-in-Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2 **A. INTRODUCTION AND SUMMARY OF ARGUMENT**

3    The Debtor has extensive real estate holdings with
4 significant equity in Santa Maria, Orcutt, Hollister and Exeter
5 California.  The Debtor filed this bankruptcy case to stop a
6 January 15, 2010 foreclosure sale on one of his Hollister
7 properties and a February 4, 2010 foreclosure sale on his Santa
8 Maria properties.

9    Debtor's Santa Maria properties include a forty-two acre
10 vineyard (the "vineyard") on which Debtor has successfully
11 grown grapes and produced wine under the dba "Addamo
12 Vineyards."  During this case, the Debtor needs to use the cash
13 collateral to protect and preserve the vineyard by paying the
14 expenses listed on the budget (the "Budget") attached hereto as
15 Exhibit "1."

16 **B. FACTS**

17    This case involves a Debtor with a high-quality vineyard
18 and an otherwise successful wine business done in by the
19 current lack of liquidity in the real estate market.

20    **1. The Debtor**

21    The Debtor has grown and sold grapes and has sold wine
22 since 2000.  The Debtor sells bulk wine to other wineries and
23 sells its own wine under the name "Addamo Vineyards" online,
24 through various distributors and through a tasting room owned
25 by Addamo Tasting Room, LLC, an entity owned by the Debtor's
26 long-time significant other Elizabeth Killean.

27

28

-4-

## 2.  The Vineyard

The vineyard is approximately forty-two acres planted with Pinot Noir, Syrah and several other varietals. The vineyard is located on parts of three parcels.  These parcel total sixty-four acres (the "Property").  Prior the filing of this case, the Debtor farmed the vineyard.  Since the beginning of this year, the vineyard has been farmed pursuant to a farm management contract with Central Coast Farming.  The farming expenses on the Budget are expenses necessary to pay Central Coast Farming under the farm management contract.  The vineyard is the primary real property that produces regular income for the Debtor.

## 3.  The Debtor's Other Real Property

The vineyard is located on portions of three of the Debtor's Santa Maria parcels: lots 5, 6 and 7.  The Debtor also owns a 12,000 square foot residence located on lot 6.  In addition, the Debtor owns four more contiguous Santa Maria parcels, lots 1 through 4 which are permitted for residential development.  Lots 1 through 7 total approximately 104 acres. All this real property was listed for sale pre-petition and it will continue to be listed for sale during this case.  The Debtor also owns a modest home in Santa Maria where he lives with Ms. Killean and their four children, and a vacant commercial lot in Orcutt, California.

In addition, the Debtor owns parcels in Hollister.  One parcel is approximately 18 acres and has a residence, a barn and a shop.  Another parcel is approximately 10 acres and has a modular home.  The Debtor also owns two lots totaling

-5-

1  approximately 15 acres with a residence and a barn.  These

2  parcels are or will be listed for sale.

3      The Debtor owns two parcels totaling approximately 8 acres

4  with a residence and a shop in Exeter.  Finally, the Debtor

5  owns 20 acres of land located in a remote location in Merced.

6      Although the Debtor has yet to file bankruptcy schedules

7  in this case, he estimates that he has approximately $7,000,000

8  in equity in these parcels.

9      **4.   The Business Personal Property Including the Cash**

10         **Collateral**

11     The Debtor owns a variety of farming equipment.  He also

12  owns wine inventory and accounts receivable from wine sales.

13  The Debtor had intended to transfer that property to Addamo

14  Estate Vineyards LLC ("LLC"), a limited liability company he

15  formed in 2008 to farm and manage the vineyard.  None of this

16  property was ever transferred to LLC.  Instead, the Debtor used

17  LLC to pay vineyard-related bills with his own funds that he

18  transferred to LLC as needed.

19     **5.   Parties Claiming an Interest in the Cash Collateral**

20     A UCC-1 search reveals only that only two creditors have

21  liens against the cash collateral: the Employment Development

22  Department has a tax lien and Quinn Rental Services, Inc. has a

23  judgment lien. See Exhibit 2. The two Toyota UCC-1's perfect

24  security interests in forklifts.

25     **9.   The Budget**

26     The Budget covers the twelve months of 2010.  The farming

27  expenses on the budget are those to pay Central Coast Farm

28  Management.  The remaining expenses are those related to the

-6-

1   operation of the vineyard.  The Budget shows that the Debtor

2   will have sufficient income to operate the vineyard.

3       The use of the case collateral to cultivate the vineyard

4   and to pay related business expenses is essential to the

5   Debtor's ability to formulate and file a chapter 11 plan, and

6   to protect and preserve the value of the vineyard.  If the

7   vineyard isn't cultivated, the grape vines will be damaged, the

8   2010 crop will be devalued and the property will be devalued to

9   the detriment of all the parties.

10  **A.   Emergency Authority to Use Cash Collateral is Warranted**

11        **in this Case.**

12      Emergency authority to use cash collateral is warranted

13  under 11 U.S.C. §. 363(c)(3) and Rule 4001(b) to allow the

14  Debtor to operate its business.  Section 363(c)(3) mandates

15  that "[a]ny hearing [on the use of cash collateral] ... shall

16  be scheduled in accordance with the needs of the debtor".

17      The Ninth Circuit has recognized that emergency relief is

18  often crucial to the success of a corporate reorganization: "We

19  realize that 'in certain circumstances, the entire

20  reorganization effort may be thwarted if emergency relief is

21  withheld' and that reorganization under the Bankruptcy Code 'is

22  a perilous process, seldom more so than at the outset of the

23  proceedings when the debtor is often without sufficient cash

24  flow to fund essential business operations'.  It is for this

25  very reason that Congress specified that hearings concerning

26  the use of cash collateral "shall be scheduled in accordance

27  with the needs of the debtor". 11 U.S.C. § 363(c)(3).  In re

28

-7-

1  | <u>Center Wholesale</u>, Inc., 759 F.2d 1440, 1449 n. 21 (9th Cir.
2  | 1985) (citations omitted).

3  |     In the present case, emergency use of cash collateral by
4  | the Debtor, pending a final hearing, is necessary to prevent
5  | immediate and irreparable harm to the Debtor and its creditors.
6  | Absent such use, the Debtor will have little or no funds from
7  | which to conduct its operations, and may be forced to
8  | permanently discontinue its business to the detriment of all
9  | creditors.

10 |     Based on the foregoing, the Debtor respectfully requests
11 | that the Motion be granted, and that this Court grant such
12 | other and further relief as the Court deems just and proper.

13 | DATED: January 15, 2010          GRIFFITH & THORNBURGH, LLP

15 |                        By _____
16 |                           JOSEPH M. SHOLDER
                              Attorneys for Debtor and
17 |                           Debtor-in-Possession

- 8 -

1

## DECLARATION OF GAETANO DAVID ADDAMO

2          Gaetano David Addamo declares:

3          1.    I am the debtor and debtor in possession in the

4     chapter 11 bankruptcy case which was filed on January 13, 2010.

5          2.    I have personal knowledge of the facts stated in this

6     declaration and could and would competently testify thereto if

7     called upon to do so.

8          3.    I have grown and sold grapes and have sold wine since

9     2000.  I sell bulk wine to other wineries and sell my own wine

10    under the name Addamo Vineyards online, through various

11    distributors and through a tasting room owned by Addamo Tasting

12    Room, LLC, an entity owned by the my long-time significant

13    other Elizabeth Killean.

14         4.    The vineyard I own is approximately forty-two acres

15    planted with Pinot Noir, Syrah and several other varietals. The

16    vineyard is located on parts of three parcels.  These parcel

17    total sixty-four acres (the "Property").  Prior the filing of

18    this case, I farmed the vineyard.  Since the beginning of this

19    year, the vineyard has been farmed pursuant to a farm

20    management contract with Central Coast Farming.  The farming

21    expenses on the Budget attached hereto as Exhibit 1 are

22    expenses necessary to pay Central Coast Farming under the farm

23    management contract.  The vineyard is the primary real property

24    that produces regular income for me.

25         5.    The vineyard is located on portions of three of the

26    my Santa Maria parcels: lots 5, 6 and 7.  I also own a 12,000

27    square foot residence located on lot 6.  In addition, I own

28    four more contiguous Santa Maria parcels, lots 1 through 4

1   which are permitted for residential development.  Lots 1

2   through 7 total approximately 104 acres.  All this real

3   property was listed for sale pre-petition and it will continue

4   to be listed for sale during this case. I also owns a modest

5   home in Santa Maria where I lives with Ms. Killean and our four

6   children, and a vacant commercial lot in Orcutt, California.

7        6.    In addition, I own parcels in Hollister.  One parcel

8   is approximately 18 acres and has a residence, a barn and a

9   shop.  Another parcel is approximately 10 acres and has a

10  modular home.  I also owns two lots totaling approximately 15

11  acres with a residence and a barn.  These parcels are or will

12  be listed for sale.

13       7.    I own two parcels totaling approximately 8 acres with

14  a residence and a shop in Exeter.  Finally, the Debtor owns 20

15  acres of land located in a remote location in Merced.

16       8.    I estimate that I have approximately $7,000,000 in

17  equity in these parcels.

18       9.    I own a variety of farming equipment.  I also own

19  wine inventory and accounts receivable from wine sales. I had

20  intended to transfer that property to Addamo Estate Vineyards

21  LLC ("LLC"), a limited liability company I formed in 2008 to

22  farm and manage the vineyard.  None of this property was ever

23  transferred to LLC.  Instead, I used LLC to pay vineyard-

24  related bills with my own funds that I transferred to LLC as

25  needed.

26       10.   The Budget attached in as Exhibit 1 covers the twelve

27  months of 2010.  The farming expenses on the budget are those

28

1  to pay Central Coast Farm Management.   The remaining expenses

2  are those related to the operation of the vineyard.

3      11.   The use of the case collateral to cultivate the

4  vineyard and to pay related business expenses is essential to

5  my ability to formulate and file a chapter 11 plan, and to

6  protect and preserve the value of the vineyard.   If the

7  vineyard isn't cultivated, the grape vines will be damaged, the

8  2010 crop will be devalued and the property will be devalued to

9  the detriment of all the parties.

10     I declare under penalty of perjury that the foregoing is

11 true and correct.

12     Dated this 15th day of January, 2010, at Santa Maria CA.

13

14

15                 GAETANO DAVID ADDAMO

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF JOSEPH M. SHOLDER**

2        Joseph M. Sholder declares:

3        1.    I am an attorney at law licensed to practice before

4    this court and am a partner in the law firm of Griffith &

5    Thornburgh, LLP, counsel to debtor and debtor-in-possession

6    Gaetano David Addamo.

7        2.    I have personal knowledge of the facts stated in this

8    declaration and could and would competently testify thereto if

9    called upon to do so.

10       3.    I conducted UCC-1 searches on January 11 and January

11   13, 2010, under the name "Addamo."  Attached as Exhibit 2 are

12   the results of those searches.

13       I declare under penalty of perjury that the foregoing is

14   true and correct.

15       Dated this 15th day of January, 2010, at Santa Barbara CA.

16

17   _____

18   JOSEPH M. SHOLDER

19

20

21

22

23

24

25

26

27

28

EXH. 1
Page 13

# Monthly Cash Flow Projection
# Addamo Budget Cash Collateral

| Desc | Pre-Startup | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 CASH ON HAND [Beginning of month] | 75,000 | 75,000 | 107,500 | 94,500 | 66,525 | 90,525 | 64,025 | 37,050 | 33,050 | 2,050 | 5,075 | 394,575 | 394,575 | 343,575 |
| 2 CASH RECEIPTS | | | | | | | | | | | | | | |
| (a) Cash Sales | | - | | | | | | | | | | | | |
| Retail and Bulk Wine Sales | | 28,000 | 23,000 | 5,000 | 28,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 435,500 | | | 435,500 |
| Wine Club Sales | | 30,000 | | | 30,000 | | | 30,000 | | 30,000 | 5,000 | 5,000 | 5,000 | 124,000 |
| Vineyard operating See note below | | | | | | | | | | | | | 30,000 | 150,000 |
| 3 TOTAL CASH RECEIPTS (2a + 2b + 2c=3) | - | 58,000 | 23,000 | 5,000 | 58,000 | 5,000 | 5,000 | 35,000 | 5,000 | 35,000 | 440,500 | 5,000 | 35,000 | 709,500 |
| 4 TOTAL CASH AVAILABLE (Before cash out) (1 + 3) | 75,000 | 133,000 | 130,500 | 99,500 | 124,525 | 95,525 | 69,025 | 72,050 | 38,050 | 37,050 | 445,575 | 399,575 | 378,575 | |
| 5 CASH PAID OUT | | | | | | | | | | | | | | |
| Wholesale wine costs/warehouse | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Wine club expense | | 3,000 | | | 3,000 | | | 3,000 | | 3,000 | | | 3,000 | 16,000 |
| Farm/Contract/Supplies | | 6,000 | 20,000 | 16,000 | 15,000 | 15,000 | 15,000 | 20,000 | 20,000 | 20,000 | 35,000 | 40,000 | 10,000 | 224,000 |
| Utilities - Vineyard | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Insurance Vineyard | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Charges Entertainment/Visiting | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| Wine | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Estimated Insider Compensation, Pending | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| Miscellaneous [Unspecified] | | | | | | | | | | | | | | |
| Subtotal | 24,000 | 35,000 | 31,000 | 33,000 | 30,000 | 30,000 | 38,000 | 35,000 | 30,000 | 50,000 | 55,000 | 28,000 | 419,000 | |
| (a) Loan Principal Payment | | | | | | | | | | | | | | |
| (b) Capital Purchases [Specify] | | | 975 | 975 | | 975 | | | 975 | | | 975 | 3,900 | |
| Trustee Fees | 1,500 | 1,000 | 1,000 | 1,000 | 1,500 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 | |
| Reserve and/or Escrow [Specify] | | | | | | | | | | | | | | |
| (c) Owner's Withdrawal | | | | | | | | | | | | | | |
| TOTAL CASH PAID OUT | 25,500 | 36,000 | 32,975 | 34,000 | 31,500 | 31,975 | 39,000 | 36,000 | 31,975 | 51,000 | 56,000 | 29,975 | 435,900 | |
| 6 CASH POSITION [End of month] (4 minus 6) | 75,000 | 107,500 | 94,500 | 66,525 | 90,525 | 64,025 | 37,050 | 33,050 | 2,050 | 5,075 | 394,575 | 343,575 | 346,600 | |

**ESSENTIAL OPERATING DATA**
[Non-cash flow information]
Estimated Crop Sales
Chardonnay 25 tons @$2,200
Cabernet 110 tons @$3,000
Other 37tons@$1,500

Westlaw.

QUERY - DEBTOR-NAME(ADDAMO) &              DATABASES(S) - UCC-ALL
FLC(CA)

| Rank | Debtor | Type | Other Party | Location | Filing Date |
|------|--------|------|-------------|----------|-------------|
| 1. | ADDAMO ESTATE VINEYARDS LLC | AMEND-MENT | PACIFIC CAPITAL BANK, N.A., A NA-TIONAL BANKING ASSOCIATION DO-ING BUSINESS AS SANTA BARBARA BANK & TRUST | CA | 08/13/2008 |
| 2. | ADDAMO ESTATE VINEYARDS LLC | JUDGMENT LIEN | CALPORTLAND CONSTRUCTION, A CALIFORNIA COR-PORATION | CA | 12/23/2009 |
| 3. | DIAMENTE VINE-YARD | STATE TAX LIEN | EMPLOYMENT DE-VELOPMENT DE-PARTMENT | CA | 07/23/2009 |
| 4. | ADDAMO, GAETANO | FINANCING STATEMENT | TOYOTA MOTOR CREDIT CORP. | CA | 10/04/2004 |
| 5. | ADDAMO, GAETANO | FINANCING STATEMENT | TOYOTA MOTOR CREDIT CORP. | CA | 11/29/2004 |
| 6. | ADDAMO, DAVID | JUDGMENT LIEN | QUINN RENTAL SERVICES, INC. | CA | 10/09/2009 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT 2
Page 14

**Uniform Commercial Code Report**

THIS DATA IS FOR INFORMATION
PURPOSES ONLY. CERTIFICATION CAN
ONLY BE OBTAINED THROUGH THE
SACRAMENTO OFFICE OF THE
CALIFORNIA SECRETARY OF STATE.

## Source Information

| | |
|---|---|
| **Information Current Through:** | 01/11/2010 |
| **Database Last Updated:** | 01/11/2010 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/11/2010 |
| **Source:** | CA SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 087163016678 |
| **Filing Date:** | 06/26/2008 |
| **Expiration Date:** | 06/26/2013 |
| **Filing Type:** | FINANCING STATEMENT |

## Debtor Information

**Debtor(s):**   **ADDAMO** ESTATE
VINEYARDS, LLC
2710 E. CLARK AVE.
SANTA MARIA, CA 93454

## Secured Party or Creditor Information

**Secured Party(s):**   PACIFIC CAPITAL BANK,
N.A., A NATIONAL
BANKING ASSOCIATION
DOING BUSINESS AS
SANTA BARBARA BANK &
TRUST
C/O LOAN SERVICES P.O.
BOX 60654
SANTA BARBARA, CA
93160-0654

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ALL PERSONAL PROPERTY OF DEBTOR OF EVERY KIND AND NATURE, WHEREVER LOCATED, |
| **Collateral Type:** | WHETHER NOW OWNED OR HEREAFTER ACQUIRED, INCLUDING WITHOUT LIMITATION, THE |
| **Collateral Type:** | FOLLOWING CATEGORIES OF PROPERTY AS DEFINED IN REVISED ARTICLE 9 OF THE UNIFORM |
| **Collateral Type:** | COMMERCIAL CODE: GOODS (INCLUDING INVENTORY, EQUIPMENT, FIXTURES, FARM PRODUCTS |
| **Collateral Type:** | AND ANY ACCESSIONS THERETO), INSTRUMENTS (INCLUDING PROMISSORY NOTES), |
| **Collateral Type:** | DOCUMENTS, ACCOUNTS (INCLUDING HEALTH-CARE-INSURANCE RECEIVABLES), CHATTEL |

EXHIBIT 2
Page 15

| | |
|---|---|
| **Collateral Type:** | PAPER (WHETHER TANGIBLE OR ELECTRONIC), DEPOSIT ACCOUNTS, LETTER-OF-CREDIT |
| **Collateral Type:** | RIGHTS (WHETHER OR NOT THE LETTER OF CREDIT IS EVIDENCED BY A WRITING), |
| **Collateral Type:** | COMMERCIAL TORT CLAIMS, SECURITIES AND ALL OTHER INVESTMENT PROPERTY, GENERAL |
| **Collateral Type:** | INTANGIBLES (INCLUDING PAYMENT INTANGIBLES AND SOFTWARE), SUPPORTING |
| **Collateral Type:** | OBLIGATIONS AND ANY AND ALL RECORDS OF, ACCESSIONS TO AND PRODUCTS AND PROCEEDS |
| **Collateral Type:** | OF THE FOREGOING.ANY TERM USED HEREIN WHICH IS DEFINED IN EITHER (I) ARTICLE 9 |
| **Collateral Type:** | OF THE UNIFORM COMMERCIAL CODE AS IN EFFECT IN THE JURISDICTION IN WHICH THIS |
| **Collateral Type:** | FINANCING STATEMENT WAS SIGNED OR AUTHENTICATED BY THE DEBTOR AT THE TIME IT |
| **Collateral Type:** | WAS SO SIGNED OR AUTHENTICATED OR (II) ARTICLE 9 OF THE UNIFORM COMMERCIAL CODE |
| **Collateral Type:** | AS IN EFFECT AT ANY RELEVANT TIME IN THE JURISDICTION IN WHICH THIS FINANCING |
| **Collateral Type:** | STATEMENT IS FILED, HAS THE MEANING TO BE ASCRIBED THERETO WITH RESPECT TO ANY |

EXHIBIT 2
Page 16

| | |
|---|---|
| **Collateral Type:** | PARTICULAR ITEM OF PROPERTY UNDER THE MORE ENCOMPASSING OF THE TWO DEFINITIONS. |
| **Collateral Type:** | THIS FINANCING STATEMENT COVERS, AND IS INTENDED TO COVER, ALL PERSONAL |
| **Collateral Type:** | PROPERTY OF THE DEBTOR. |
| **Collateral Type:** | ALL CROPS, GRAPE VINES, TRELLISES, IRRIGATION EQUIPMENT, FIXTURES, AND |
| **Collateral Type:** | APPURTENANCES LOCATED ON OR ATTACHED TO THE REAL PROPERTY IDENTIFIED AS 2540 |
| **Collateral Type:** | CLARK AVENUE, SANTA BARBARA COUNTY, CALIFORNIA, ASSESSOR'S PARCEL NUMBER |
| **Collateral Type:** | 129-151-045. |

## Related Filing Information

| | |
|---|---|
| **Related Filing Number:** | 0871686959 |
| **Related Filing Date:** | 08/13/2008 |
| **Related Filing Time:** | 1605 |
| **Related Filing Type:** | AMENDMENT |

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or

EXHIBIT 2

Page 17

## Uniform Commercial Code Report

THIS DATA IS FOR INFORMATION
PURPOSES ONLY. CERTIFICATION CAN
ONLY BE OBTAINED THROUGH THE
SACRAMENTO OFFICE OF THE
CALIFORNIA SECRETARY OF STATE.

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/13/2010 |
| **Database Last Updated:** | 01/13/2010 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/13/2010 |
| **Source:** | CA SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 097217972731 |
| **Filing Date:** | 12/23/2009 |
| **Expiration Date:** | 12/23/2014 |
| **Filing Type:** | JUDGMENT LIEN |

### Debtor Information

**Debtor(s):**  **ADDAMO** ESTATE
VINEYARDS, LLC
141 W. DANA STREET,
SUITE 101
NIPOMO, CA 93444

### Secured Party or Creditor Information

**Secured Party(s):**  CALPORTLAND
CONSTRUCTION, A
CALIFORNIA
CORPORATION
C/O LANAK & HANNA, P.C.
400 NORTH TUSTIN
AVNEUE, #120
SANTA ANA, CA 92705

The public record items reported above may
have been paid, terminated, vacated or
released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-
RETR (1-877-362-7387) for on-site manual
retrieval of documents related to this or
other matters. Additional charges apply.

END OF DOCUMENT

(c) 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

## Uniform Commercial Code Report

THIS DATA IS FOR INFORMATION
PURPOSES ONLY. CERTIFICATION CAN
ONLY BE OBTAINED THROUGH THE
SACRAMENTO OFFICE OF THE
CALIFORNIA SECRETARY OF STATE.

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/13/2010 |
| **Database Last Updated:** | 01/13/2010 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/13/2010 |
| **Source:** | CA SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 097203741518 |
| **Filing Date:** | 07/23/2009 |
| **Expiration Date:** | 07/23/2019 |
| **Filing Type:** | STATE TAX LIEN |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | DAVID **ADDAMO**<br>PO BOX 189<br>SANTA MARIA, CA 93456 |
| | ELIZABETH CAMPISI<br>PO BOX 189<br>SANTA MARIA, CA 93456 |
| | DIAMENTE VINEYARD<br>PO BOX 189<br>SANTA MARIA, CA 93456 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>PO BOX 826880<br>SACRAMENTO, CA 94280 |

The public record items reported above may
have been paid, terminated, vacated or
released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-
RETR (1-877-362-7387) for on-site manual
retrieval of documents related to this or
other matters. Additional charges apply.

END OF DOCUMENT

(c) 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

## Uniform Commercial Code Report

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### Source Information

**Information Current Through:**   01/13/2010

**Database Last Updated:**   01/13/2010

**Update Frequency:**   Daily

**Current Date:**   01/13/2010

**Source:**   CA SECRETARY OF STATE

### Filing Information

**Filing Number:**   047001362548

**Filing Date:**   10/04/2004

**Expiration Date:**   10/04/2009

**Filing Type:**   FINANCING STATEMENT

### Debtor Information

**Debtor(s):**   GAETANO **ADDAMO**
PO BOX 189
SANTA MARIA, CA 93456

### Secured Party or Creditor Information

**Secured Party(s):**   TOYOTA MOTOR CREDIT CORP.
P.O. BOX 3457
TORRANCE, CA 90510-3457

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

END OF DOCUMENT

(c) 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

## Uniform Commercial Code Report

THIS DATA IS FOR INFORMATION
PURPOSES ONLY. CERTIFICATION CAN
ONLY BE OBTAINED THROUGH THE
SACRAMENTO OFFICE OF THE
CALIFORNIA SECRETARY OF STATE.

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/13/2010 |
| **Database Last Updated:** | 01/13/2010 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/13/2010 |
| **Source:** | CA SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 047007289209 |
| **Filing Date:** | 11/29/2004 |
| **Expiration Date:** | 11/29/2009 |
| **Filing Type:** | FINANCING STATEMENT |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | GAETANO **ADDAMO** P.O. BOX 189 SANTA MARIA, CA 93456 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | TOYOTA MOTOR CREDIT CORP. P.O. BOX 3457 TORRANCE, CA 90510-3457 |

The public record Items reported above may
have been paid, terminated, vacated or
released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-
RETR (1-877-362-7387) for on-site manual
retrieval of documents related to this or
other matters. Additional charges apply.

END OF DOCUMENT

(c) 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

## Uniform Commercial Code Report

THIS DATA IS FOR INFORMATION
PURPOSES ONLY. CERTIFICATION CAN
ONLY BE OBTAINED THROUGH THE
SACRAMENTO OFFICE OF THE
CALIFORNIA SECRETARY OF STATE.

### Source Information

| | |
|---|---|
| **Information Current Through:** | 01/13/2010 |
| **Database Last Updated:** | 01/13/2010 |
| **Update Frequency:** | Daily |
| **Current Date:** | 01/13/2010 |
| **Source:** | CA SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| **Filing Number:** | 097211277056 |
| **Filing Date:** | 10/09/2009 |
| **Expiration Date:** | 10/09/2014 |
| **Filing Type:** | JUDGMENT LIEN |

### Debtor Information

| | |
|---|---|
| **Debtor(s):** | DAVID **ADDAMO**<br>400 E. CLARK AVENUE<br>SUITE E<br>SANTA MARIA, CA 93455 |

### Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | QUINN RENTAL SERVICES, INC.<br>C/O HAUSER & MOUZES<br>P.O. BOX 1397<br>WOODBRIDGE, CA 95258 |

The public record items reported above may
have been paid, terminated, vacated or
released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-
RETR (1-877-362-7387) for on-site manual
retrieval of documents related to this or
other matters. Additional charges apply.

END OF DOCUMENT

(c) 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

In re:      Case 9:10-bk-10129-RR   Doc 4   Filed 01/15/10   Entered 01/15/10 15:04:34   Desc
Gaetano David Addamo        Main Document   Page 23 of 25  CHAPTER: 11

Debtor(s).  |  CASE NUMBER: ND 10-10129-RR

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Third Floor, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described as **DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATIONS OF GAETANO DAVID ADDAMO AND JOSEPH M. SHOLDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____**JAN. 15, 2010**_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Joseph M Sholder on behalf of Debtor Gaetano D. Addamo
sholder@g-tlaw.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____**Jan. 15, 2010**_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**Jan. 15, 2010**_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**By Personal Delivery: Hon. Robin Riblet, United States Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| _____JAN. 15, 2010_____ | _____EVELYN R. DOWNS_____ | |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

American LegalNet, Inc.
www.FormsWorkflow.com

In re:
GAETANO DAVID ADDAMO

Debtor(s).

CHAPTER: 11

CASE NUMBER: ND 10-0129-RR

**ADDITIONAL SERVICE INFORMATION (if needed):**

## BY U.S. POSTAL SERVICE
## OVERNIGHT MAIL

### 20 LARGEST UNSECURED CREDITORS:

ATTERDAG CENTER
C/O BRENDA ENDERLE ESQ
1607 MISSION DR  #205
SOLVANG, CA 93463

BERTO VAN VEEN
220 E CLARK AVENUE
SUITE C
ORCUTT, CA 93455

BETHEL ENGINEERING
2624 AIRPARK DR
SANTA MARIA, CA 93455

COLLECT AMERICA COMMERCIAL SERVICES
16011 COLLEGE
SANTA MARIA, CA 93455

CROP PRODUCTION SERVICES
PO BOX 669
SANTA MARIA, CA 93456

ELIZABETH CAMPISI
PO BOX 1897
HOLLISTER, CA 95024

EMPLOYMENT DEVELOPMENT DPT
MIC 92D
PO BOX 826203
SACRAMENTO, CA 94230

FARGAN SURVEYS
2450 PROFESSIONAL PARKWAY
SUITE 210
SANTA MARIA, CA 93455

FRANCOIS FRERES USA
C/O JOHN WARNER ESQ
21 TAMAL VISTA BLVD #196
CORTE MADERA, CA 94925

HILARIA PENA JR
141 W DANA ST  #101
NIPOMO, CA 93444

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 21126
PHILADELPHIA, PA 19114

MANUEL & STACIE SOUZA
C/O FORECLOSURE SERVICE
CHICAGO TITLE
7330 N PALM AVE #101
FRESNO, CA 93794

PULTS & ASSOCIATES
3450 BROAD STREET  #106
SAN LUIS OBISPO, CA 93401

SAN BENITO COUNTY TAX COLLECTOR
440 FIFTH ST #107
HOLLISTER, CA 95023

SANTA BARBARA COUNTY TAX COLLECTOR
105 E ANAPAMU ST #109
SANTA BARBARA, CA 93102

SANTA MARIA VINTNERS PARK
214 S BONITA ST
SANTA MARIA, CA 93454

TINA BERTUCCIO
2360 AIRLINE HIGHWAY
HOLLISTER, CA 95023

TJN DOZER & BACKHOE SERVICE
PO BOX 1307
SANTA MARIA, CA 93456

TOSTE GRADING & PAVING
PO BOX 407
GROVER BEACH, CA 93483

TRANSWORLD SYSTEMS
PO BOX 1864
SANTA ROSA, CA 95402

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

American LegalNet, Inc.
www.FormsWorkflow.com

| In re:   GAETANO DAVID ADDAMO | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:  ND 10-10129-RR |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY U.S. POSTAL SERVICE, OVERNIGHT MAIL**

**SECURED CREDITORS:**

PACIFIC CAPITAL BANK NA
DBA SANTA BARBARA BANK & TRUST
PO BOX 60654
SANTA BARBARA CA  93160-0654

CALPORTLAND CONSTRUCTION
C/O LANAK & HANNA PC
400 N TUSTIN  AVE #120
SANTA ANA CA  92705

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
SACRAMENTO CA  94280

TOYOTA MOTOR CREDIT CORP
PO BOX 3457
TORRANCE CA  90510-3457

QUINN RENTAL SERVICES INC
C/O HAUSER & MOUZES
PO BOX 1397
WOODBRIDGE CA  95258

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.