**FILED & ENTERED**

JAN 20 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** chackel **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | ) Case No.: ND 10-10129 |
| | ) |
| Gaetano David Addamo, | ) Chapter 11 |
| | ) |
|        Debtor. | ) ORDER FOR INITIAL CHAPTER 11 |
| | ) STATUS CONFERENCE |
| | ) |
| | ) Date:   March 31, 2010 |
| | ) Time:   2:00 p.m. |
| | ) Place:  1415 State Street |
| | )         Courtroom 201 |
| | )         Santa Barbara, CA 93101 |
| | ) |

    The Debtor commenced this case by the filing of a Chapter 11 petition on January 13, 2010.

    **ACCORDINGLY, IT IS HEREBY ORDERED** that a status conference will be held on Wednesday, March 31, 2010, at 2:00 p.m., in Courtroom 201, 1415 State Street, Santa Barbara, California.  The debtor-in-possession and attorney for the debtor-in-possession shall appear.

    At this conference the following matters will be addressed:

        (1) The employment of professionals;

        (2) The issues in the case;

        (3) Compliance with the reporting requirements of the Office of the
            United States Trustee.

Creditors are invited, but not required, to attend.

    Debtor's counsel, or the individual debtor if he has filed this case <u>pro se</u>, shall immediately serve a copy of this Order on the 20 largest unsecured creditors, all secured creditors, and the Office of the United States Trustee.  Debtor's counsel

Order Setting Status Conference - 1

1  or individual pro se debtor shall file a proof of service with the Court.  Failure to
2  comply with the terms of this Order may result in the conversion of this case to
3  Chapter 7 or the dismissal of this case with a bar against refiling for 180 days
4  pursuant to 11 U.S.C. § 109(g)(1).

DATED: January 20, 2010

*Robin Riblet*
United States Bankruptcy Judge

**SERVICE LIST FOR ENTERED ORDER**

Gaetano D Addamo
PO Box 189
Santa Maria, CA 93456-0189

Joseph M Sholder
Griffith & Thornburgh, LLP
8 E Figueroa Street, 3rd Floor
Santa Barbara, CA 93101

Office of the United States Trustee (ND)
128 East Carrillo Street, Suite 126
Santa Barbara, CA 93101

Office of the United States Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 93167