

To:         Case Initiation – Santa Barbara Clerk's Office
From:       Office of the U.S. Trustee
Subject:    Request for 341 (a) Meeting

Today's Date: **3/1/2010**              Date Petition was filed: 1/13/2010

**GAETANO DAVID ADDAMO**

Case Number: ND 10-10129-RR

### *Chapter 11 Meeting Date Information*

341(a) Date: **March 25, 2010**

Time: 10:00 a.m.

Location : **128 E. Carrillo Street, Santa Barbara 93101**

*Conversion from*

Chapter 7:

Chapter 13:                      Conversion Date:

Involuntary:

*Questions regarding the above information should be directed to:*
*Brian D. Fittipaldi*
*at the U.S. Trustee's Office, Santa Barbara*
(805) 957-4100