GRIFFITH & THORNBURGH, LLP
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
POST OFFICE BOX 9
SANTA BARBARA, CA 93102-0009
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

(SPACE BELOW FOR FILING STAMP ONLY)

Joseph M. Sholder, Bar No. 126347

Attorneys for Gaetano David Addamo, Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re | ) BK No. ND 10-10129-RR |
| GAETANO DAVID ADDAMO, | ) Chapter 11 |
| Debtor and Debtor in Possession. | ) DEBTOR'S MOTION FOR THE CONTINUED USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §363(c) FED.R.BANKR.P. 4001(b) AND LOCAL RULES 2081-1 AND 4001-2; DECLARATIONS OF GAETANO DAVID ADDAMO AND JOSEPH M. SHOLDER |
| | ) Date: January 18, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Place  1415 State Street, Courtroom 201 |

Pursuant to this court's order entered on July 1, 2010 (Exhibit 1) debtor and debtor in possession Gaetano David Addamo has used cash collateral to cultivate his approximately forty-two acre vineyard pursuant to a farm management contract with Central Coast Farming and to pay expenses incurred to manage his business of making and selling wine.

-1-

    Mr. Addamo seeks approval to continue to use the cash collateral during 2011 to pay the vineyard-cultivation and wine-selling expenses pursuant to the budget attached hereto as Exhibit 2 on the same terms as set forth in this court's July 1, 2010 cash collateral order. The vineyard is the primary source of this estate's income. In 2010, for example, the vineyard generated approximately $165,000 from the sale of Pinot Noir and Chardonnay grapes to Testarossa Winery. The vineyard also generated about 25 tons of Syrah, Dolcetto, Reisling and other varietals which Mr. Addamo made into about 5,000 gallons of wine.

    There are no ready sources of funds with which to pay the vineyard cultivation and wine-making expenses. If the vineyard isn't cultivated, the parcels of land on which it is located will substantially decrease in value because the vineyard is an important component of the value of this acreage. Also, the 2011 grape crop will be damaged.

    For these reasons, Mr. Addamo's motion to continue to use the cash collateral should be granted.

DATED: December 23, 2010.

GRIFFITH & THORNBURGH, LLP

By _____
JOSEPH M. SHOLDER
Attorneys for Debtor and
Debtor-in-Possession

## DECLARATION OF GAETANO DAVID ADDAMO

Gaetano David Addamo declares:

1. I am the debtor and debtor in possession in the chapter 11 bankruptcy case which was filed on January 13, 2010.

2. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called upon to do so.

3. I have grown and sold grapes and have sold wine since 2000. I sell bulk wine to other wineries and sell my own wine under the name Addamo Vineyards online, through various distributors and through a tasting room owned by Addamo Tasting Room, LLC, an entity owned by the my long-time significant other Elizabeth Killean.

4. The vineyard I own is approximately forty-two acres planted with Pinot Noir, Syrah and several other varietals. The vineyard is located on parts of three parcels. These parcels total sixty-four acres. Prior the filing of this case, I farmed the vineyard. Since the beginning of 2010, the vineyard has been farmed pursuant to a farm management contract with Central Coast Farming.

5. The vineyard is the primary real property that produces regular income for me from the sale of grapes and wine. In 2010, for example, the vineyard generated approximately $165,000 from the sale of Pinot Noir and Chardonnay grapes to Testarossa Winery. The vineyard also generated about 25 tons of Syrah, Dolcetto, Reisling and other varietals which I made into about 5,000 gallons of wine.

6. The Budget attached in as Exhibit 2 covers the twelve months of 2011. The farming expenses on the budget are those to pay Central Coast Farm Management. The remaining expenses are those related to the operation of the vineyard those incurred in managing my business of making and selling wine.

7. If the vineyard isn't cultivated, the grape vines will be damaged, the 2011 crop will be damaged and the property on which the vineyard is located will be devalued.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23 day of December, 2010, at Santa Maria CA.

*[signature]*

GAETANO DAVID ADDAMO

4

**DECLARATION OF JOSEPH M. SHOLDER**

Joseph M. Sholder declares:

1. I am an attorney at law licensed to practice before this court and am a partner in the law firm of Griffith & Thornburgh, LLP, counsel to debtor and debtor-in-possession Gaetano David Addamo.

2. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called upon to do so.

3. Attached hereto as Exhibit 1 is a true and correct copy of this court's order entered on July 1, 2011, authorizing Mr. Addamo to use cash collateral.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of December, 2010, at Santa Barbara CA.

_____
JOSEPH M. SHOLDER

Case 9:10-bk-10129-RR    Doc 79    Filed 07/01/10    Entered 07/01/10 12:46:01    Desc
Main Document    Page 1 of 3

**GRIFFITH & THORNBURGH, LLP**
ATTORNEYS AND COUNSELORS
8 EAST FIGUEROA STREET, SUITE 300
POST OFFICE BOX 9
SANTA BARBARA, CA 93102-0009
TELEPHONE: 805-965-5131
TELECOPIER: 805-965-6751

Joseph M. Sholder, Bar No. 126347

Attorneys for Gaetano David Addamo, Debtor and Debtor in Possession

(SPACE BELOW FOR FILING STAMP ONLY)

ENTERED
JUL - 1 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY RR DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>GAETANO DAVID ADDAMO,<br><br>DEBTOR. | BK No. ND 10-10129-RR<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §363(c) FED.R.BANKR.P. 4001(b) AND LOCAL RULES 2081-1 AND 4001-2 FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL<br><br>Date:  June 29, 2010<br>Time:  10:00 a.m.<br>Place  1415 State Street,<br>       Courtroom 201 |

This matter came on for hearing at the above date, time and place, the Honorable Robin L. Riblet, United States Bankruptcy Judge, presiding.

Nathan C. Rogers of Griffith & Thornburgh LLP appeared on behalf of debtor and debtor in possession Gaetano David Addamo

-1-

ORIGINAL

EXHIBIT " 1 ", 6 of 9

1  ("Debtor"). Any other appearances were as noted on the record
2  of these proceedings.
3      The court having considered the papers and pleadings on
4  file in this matter, and the arguments of counsel,
5      HEREBY ORDERS AS FOLLOWS:
6      1.   The Debtor is hereby authorized to use cash
7  collateral to meet ongoing operating and non-professional
8  administrative expenses through and including January 31, 2011,
9  in accordance with the Budget attached as Exhibit 1 to the
10 Debtor's motion for authority to use cash collateral, item #4
11 on this court's docket.
12     2.   The Employment Development Department and Quinn
13 Rental Services are granted perfected replacement liens in the
14 same priority as their current liens on all post-petition
15 accounts receivable, cash and other forms of cash collateral
16 generated by the Debtor. Nothing in this order prevents any
17 party from challenging the validity, priority, avoidability or
18 extent of any lien.
19     3.   A continued hearing regarding Debtor's ongoing use of
20 cash collateral shall be held on January 18, 2011, at 10:00
21 a.m.  Additional papers regarding the Debtor's ongoing use of
22 cash collateral shall be filed and served in accordance with
23 the Local Bankruptcy Rules.
24 DATED: July 1, 2010
25
26                              _____
                                HON. ROBIN L. RIBLET
27                              UNITED STATES BANKRUPTCY JUDGE
28

-2-

EXHIBIT " 1 ", 7 of 9

| In re:<br>GAETANO DAVID ADDAMO | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: ND 10-10129-RR |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL

"was entered on the date indicated as Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___JUNE 30, 2010___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov  (on behalf of U.S. Trustee)
Howard Mark Becker   hbecker@bbrlawfirm.com (on behalf of Creditor Heritage Oaks Bank)
Bradford Klein    brad.e.kelin@gmail.com
Joe M Lozano    notice@NBSDefaultServices.com  (attorney for Litton Loan Services)
Ramesh Singh    claims@recoverycorp.com
Raymond A Policar    hausermouzes@sbcglobal.net  (attorney for Quinn Rental Services)
Joseph M. Sholder    sholder@g-tlaw.com  (for Debtor Gaetano David Addamo)
Kelly M Raftery    bknotice@mccarthyholthus.com (Attorneys for Litton Loan Service)
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Mark D Estle    mdestle@estlelaw.com
Robert E Hurlbett    bob@hurlbettlaw.com
Craig A Welin    cwelin@frandzel.com; efiling@frandzel.com; smargetis@frandzel.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT " 1 ", 8 of 9

# Monthly Cash Flow Projection
## Addamo Proposed Chapter 11 Plan
12/22/2010

| | Pre-Startup | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. CASH ON HAND** [Beginning of month] | 15,000 | 15,000 | 66,200 | 52,700 | 28,225 | 19,725 | 36,225 | 11,750 | 3,250 | 19,750 | 10,275 | 281,275 | 257,775 | |
| **2. CASH RECEIPTS** | | | | | | | | | | | | | | |
| (a) Cash Sales | | | | | | | | | | | | | | |
| Vineyard operating See note below | | 52,000 | 10,000 | - | - | 40,000 | - | - | 40,000 | - | 294,500 | - | - | 436,500 |
| Retail and Bulk Wine Sales | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Wine Club Sales | | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 75,000 |
| House Rental | | | | | | | | | | | | | | - |
| **3. TOTAL CASH RECEIPTS** [2a + 2b + 2c=3] | - | 70,000 | 13,000 | 18,000 | 3,000 | 43,000 | 3,000 | 18,000 | 43,000 | 18,000 | 297,500 | 18,000 | 3,000 | 547,500 |
| **4. TOTAL CASH AVAILABLE** [Before cash out] (1 + 3) | 15,000 | 85,000 | 79,200 | 55,700 | 46,225 | 62,725 | 39,225 | 29,750 | 46,250 | 37,750 | 307,775 | 284,275 | 275,775 | |
| **5. CASH PAID OUT** | | | | | | | | | | | | | | |
| Wholesale wine costs/warehouse | | | | | | | | | | | | | | - |
| Wine club expense | | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Vineyard expenses | | | | | | | | | | | | | | - |
| Farm Contract/Supplies | | 6,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 13,000 | 10,000 | 146,000 |
| Utilities - Vineyard | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Insurance Vineyard | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Utilities Entertainment/Visiting | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Office | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| Estimated Insider Compensation, Pending | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| (q) Miscellaneous [Unspecified] | | | | | | | | | | | | | | - |
| (r) Subtotal | | 17,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 24,100 | 21,100 | 279,200 |
| (s) Loan Principal Payment | | | | | | | | | | | | | | - |
| (t) Capital Purchases [Specify] | | | | | | | | | | | | | | - |
| Trustee Fees | | 1,700 | 2,400 | 975 | 2,400 | 2,400 | 975 | 2,400 | 2,400 | 975 | 2,400 | 2,400 | 975 | 3,900 |
| (v) Reserve and/or Escrow [Specify] | | | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 2,400 | 28,100 |
| (w) Owner's Withdrawal | | | | | | | | | | | | | | - |
| **6. TOTAL CASH PAID OUT** [Total 5a thru 5w] | - | 18,800 | 26,500 | 27,475 | 26,500 | 26,500 | 27,475 | 26,500 | 26,500 | 27,475 | 26,500 | 26,500 | 24,475 | 311,200 |
| **7. CASH POSITION** [End of month] (4 minus 6) | 15,000 | 66,200 | 52,700 | 28,225 | 19,725 | 36,225 | 11,750 | 3,250 | 19,750 | 10,275 | 281,275 | 257,775 | 251,300 | |

**ESSENTIAL OPERATING DATA** [Non-cash flow information]
Estimated Crop Sales
Pinot 110 tons @$2000
Chardonay 25 tons @$1500
Other 37tons@$1000

EXHIBIT "2", 9 of 9

In re: Gaetano David Addamo
Case No. ND 10-10129-RR

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA

A true and correct copy of the foregoing document described as **DEBTOR'S MOTION FOR THE CONTINUED USE OF CASH COLLATERAL PURSUANT TO 11 USC 363 AND LOCAL RULES 2081-1 AND 4001-2; DECLARATIONS OF GAETANO DAVID ADDAMO AND JOSEPH M. SHOLDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **DEC. 27, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **DEC. 27, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Hand Delivery: Hon. Robin Riblet, United States Bankruptcy Court, 1415 State Street, Santa Barbara, CA

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| DEC. 27, 2010 | EVELYN R. DOWNS | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
August 2010     **9013-3.1.PROOF.SERVICE**

In re: Gaetano David Addamo
Case No. ND 10-10129-RR

BY NEF:

- Howard Mark Becker    hbecker@bbrlawfirm.com
- Mark D Estle    mdestle@estlelaw.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Karen L Grant    kgrant@silcom.com
- Robert E Hurlbett    bob@hurlbettlaw.com
- Bradford Klein    brad.e.klein@gmail.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Raymond A Policar    policarlaw@att.net
- Kelly M Raftery    bknotice@mccarthyholthus.com
- Joseph M. Sholder    sholder@g-tlaw.com
- Ramesh Singh    claims@recoverycorp.com
- Linh K Tran    bline.chapter13@blinellc.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Craig A Welin    cwelin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **9013-3.1.PROOF.SERVICE**