Main Document    Page 1 of 6

```
1   GRIFFITH & THORNBURGH, LLP                     (SPACE BELOW FOR FILING STAMP ONLY)
        ATTORNEYS AND COUNSELORS
2       8 EAST FIGUEROA STREET, SUITE 300
              POST OFFICE BOX 9
3         SANTA BARBARA, CA  93102-0009
            TELEPHONE:  805-965-5131
4           TELECOPIER:  805-965-6751
```

Joseph M. Sholder, Bar No.126347
Attorneys for Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re | ) BK No. ND 10-10129-RR |
| GAETANO DAVID ADDAMO, | ) Chapter 11 |
| DEBTOR AND DEBTOR IN POSSESSION. | ) NOTICE OF MOTION AND MOTION FOR ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST |
| | ) **[Fed.R.Bankr.P. 3003(c)(3)]** |
| | ) <u>No Hearing</u> |

TO THE UNITED STATES TRUSTEE, TWENTY LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

PLEASE TAKE NOTICE that the Debtor has requested that the court fix a bar date for the filing of proofs of claim in this case, provided that the bar date will allow for at least sixty (60) days notice of the date to all parties affected. If you oppose the motion, Local Rule 9013-1(o) requires you to file a written response and to request a hearing. The response and

-1-

the request for a hearing must be filed with the Bankruptcy Court and serve a copy upon the undersigned and the United States Trustee, fourteen (14) days from the date of service of this notice and otherwise comply with Rule 9013-1(a)(7) of the Local Rules of the United States Bankruptcy Court for the Central District of California.

DATED: April 7, 2011.

GRIFFITH & THORNBURGH, LLP

By: _____
JOSEPH M. SHOLDER,
Attorneys for Debtor and
Debtor in Possession
Gaetano Addamo

MEMORANDUM OF POINTS AND AUTHORITIES

IN SUPPORT OF MOTION

1. This case was commenced by the filing of a Voluntary Petition under Chapter 11 on January 13, 2010.

2. No trustee has been appointed and Debtor remains a Debtor-in-Possession.

3. No bar date has been fixed for the filing of proofs of claim by creditors.

4. This court has set July 1, 2011, as the deadline for the Debtor to file a Plan of Reorganization and Disclosure Statement. (If those documents are not filed by that date secured creditor Pacific Capital Bank Corp. will have relief from stay to foreclose on the Debtor's major assets). Knowing

-2-

1  the claims against this estate with more certainty will assist
2  the Debtor in this process.
3      5.  Debtor proposes that the court establish a deadline
4  for filing of proofs of claim or interest which will provide
5  for a 60-day notice of the bar date to all affected parties.
6      6.  On April 7, 2011, notice of the present motion was
7  mailed to the U.S. Trustee, the 20 largest unsecured creditors
8  and all parties requesting special notice.
9      WHEREFORE, Debtor prays that the court enter its order
10 fixing the bar date for filing claims without a hearing unless
11 a written objection and request for hearing is filed within 14
12 days of said notice being mailed.
13     DATED: April 7, 2011.

GRIFFITH & THORNBURGH, LLP

By: _____
JOSEPH M. SHOLDER,
Attorneys for Debtor and
Debtor in Possession
Gaetano Addamo

In re: Gaetano David Addamo
Case No. ND 10-10129-RR

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8 E. Figueroa Street, Suite 300, Santa Barbara, CA

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION FOR ORDER FIXING BAR DATE FOR FILING PROOFS OF CLAIM OR INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __APRIL 7, 2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __APRIL 7, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By U.S. regular mail:

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __APRIL 7, 2011__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Hand Delivery: Hon. Robin Riblet, United States Bankruptcy Court, 1415 State Street, Santa Barbara, CA

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| APRIL 7, 2011 | EVELYN R. DOWNS | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **9013-3.1.PROOF.SERVICE**

In re: Gaetano David Addamo
Case No. ND 10-10129-RR

BY NEF:

- Howard Mark Becker   hbecker@bbrlawfirm.com  (Attorney for Movant Heritage Oaks Bank)
- Mark D Estle   mdestle@estlelaw.com
- Brian D Fittipaldi   brian.fittipaldi@usdoj.gov
- Karen L Grant   kgrant@silcom.com
- Robert E Hurlbett   bob@hurlbettlaw.com
- Bradford Klein   brad.e.klein@gmail.com
- Joe M Lozano   notice@NBSDefaultServices.com
- Raymond A Policar   policarlaw@att.net
- Kelly M Raftery   bknotice@mccarthyholthus.com
- Joseph M. Sholder   sholder@g-tlaw.com
- Ramesh Singh   claims@recoverycorp.com
- Linh K Tran   bline.chapter13@blinellc.com
- United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
- Craig A Welin   cwelin@frandzel.com, efiling@frandzel.com;bwilson@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    9013-3.1.PROOF.SERVICE

20 LARGEST UNSECURED CREDITORS

| | |
|---|---|
| ATTERDAG CENTER<br>C/O BRENDA ENDERLE ESQ<br>1607 MISSION DR  #205<br>SOLVANG, CA 93463 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| BERTO VAN VEEN<br>220 E CLARK AVENUE, SUITE C<br>ORCUTT, CA 93455 | PULTS & ASSOCIATES<br>3450 BROAD STREET  #106<br>SAN LUIS OBISPO, CA 93401 |
| BETHEL ENGINEERING<br>2624 AIRPARK DR<br>SANTA MARIA, CA 93455 | SANTA MARIA VINTNERS PARK<br>214 S BONITA ST<br>SANTA MARIA, CA 93454 |
| COLLECT AMERICA COMMERCIAL SERVICES<br>16011 COLLEGE BLVD  #101<br>LENEXA KS  66219 | TINA BERTUCCIO<br>2360 AIRLINE HIGHWAY<br>HOLLISTER, CA 95023 |
| CROP PRODUCTION SERVICES<br>PO BOX 669<br>SANTA MARIA, CA 93456 | TJN DOZER & BACKHOE SERVICE<br>PO BOX 1307<br>SANTA MARIA, CA 93456 |
| ELIZABETH CAMPISI<br>PO BOX 1897<br>HOLLISTER, CA 95024 | TOSTE GRADING & PAVING<br>PO BOX 407<br>GROVER BEACH, CA 93483 |
| EMPLOYMENT DEVELOPMENT DPT<br>MIC 92D<br>PO BOX 826203<br>SACRAMENTO, CA 94230 | TRANSWORLD SYSTEMS<br>PO BOX 1864<br>SANTA ROSA, CA 95402 |
| FARGEN SURVEYS<br>2624 AIRPARK DRIVE<br>SANTA MARIA, CA 93455 | JOHN G ORTON TRUSTEEE<br>C/O HEATHER WEARE<br>301 S MILLER ST  #200<br>SANTA MARIA, CA  93454 |
| FRANCOIS FRERES USA<br>C/O JOHN WARNER ESQ<br>21 TAMAL VISTA BLVD #196<br>CORTE MADERA, CA 94925 | PACIFIC AG WATER INC<br>PO BOX 1874<br>SANTA MARIA, CA 93456 |
| HILARIA PENA JR<br>141 W DANA ST  #101<br>NIPOMO, CA 93444 | CAL-COAST IRRIGATION INC<br>1480 W STOWELL RD<br>SANTA MARIA, CA  93454 |